UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN THOMPSON<br>Plaintiff | : | |
| v. | : | No. |
| ROBERT C. LOGEL<br>Defendant | : | CA 08 35 T |

## COMPLAINT

1. The plaintiff John Thompson ("Thompson") is a citizen and resident of the State of Rhode Island.

2. The defendant Robert C. Logel ("Logel") is a citizen and resident of the State of New York.

3. The court has jurisdiction over this matter pursuant to 28 U.S.C. §1332(a)(1), by virtue of diversity of citizenship of the parties.

4. The amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Defendant on or about November 21, 2005, executed and delivered to plaintiff a promissory note, a copy of which is attached as Exhibit A, whereby defendant promised to pay plaintiff on or before December 15, 2005 the sum of One Hundred and Fifty Thousand Dollars ($150,000.00) plus interest.

6. Defendant owes to the plaintiff the amount of the note and interest.

7. Also on or about November 21, 2005, plaintiff entered into an agreement in writing with defendant, a copy of which is attached as "Exhibit B" and made a part of this complaint.

8. All conditions precedent with regard to the agreement have been performed by plaintiff or have occurred.

9. Defendant has failed and neglected to perform the agreement in that defendant has failed to pay the said sum of Fifteen Thousand Dollars ($15,000.00), or any part thereof, although payment had been duly demanded by plaintiff.

WHEREFORE, plaintiff demands judgment against defendant in excess of $165,000 plus interest and costs.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

**John Thompson**

By his attorneys

**R. DANIEL PRENTISS, P.C.**

R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181

Dated: January 24, 2008

2375