# Exhibit B

# CCONSULTING AGREEMENT

This Agreement (the "Agreement") is made by and between John E. Thompson ("THOMPSON"), an independent consultant with knowledge and experience in creating, marketing and distributing financial, insurance, and employee benefits products with offices at 418 Love Lane, East Greenwich, Rhode Island, 02818 and Robert C. Logel, ("LOGEL") with offices at 6542 Plum Creek Road, Ellicottville, New York, 14731.

**WHEREAS,** LOGEL is an insurance broker for IS Direct Agency and a licensed representative with the Kellen Domnall Group;

**WHEREAS,** THOMPSON is an independent consultant with knowledge and experience in creating, marketing and distributing financial, insurance, and employee benefits products;

**WHEREAS,** LOGEL will require assistance from THOMPSON with respect to technical and financial issues regarding insurance products that LOGEL markets and sells.

**WHEREAS,** THOMPSON's duties to LOGEL will be limited to providing technical assistance and advice, and THOMPSON will have no duties, responsibilities or authority regarding the solicitation, sale, negotiation, placement or administrative services for insurance policies that LOGEL will market and sell;

**NOW THEREFORE,** in consideration of the covenants and agreements set forth herein, THOMPSON and LOGEL agree as follows:

1. **THOMPSON'S ASSISTANCE.** During the term of this Agreement, LOGEL intends to seek THOMPSON's technical assistance and advice as a consultant on issues relating to the insurance products on an as-needed basis.

2. **THOMPSON COMPENSATION.** During the term of this Agreement, LOGEL shall pay to THOMPSON a total of Fifteen Thousand ($15,000) due and payable on December 15, 2005.

3. **TERMINATION.** This Agreement shall remain in effect until December 31, 2005.

4. **ENTIRE AGREEMENT**. This Agreement is the sole and entire agreement between LOGEL and THOMPSON in regards to THOMPSON's engagement as consultant. Any understandings, negotiations, representations, statements, promises and agreements, oral or otherwise, not included in the Agreement shall have no force and effect in the construction of the rights and obligations of the parties, except as provided in this Agreement and any subsequent changes to this Agreement.

5. **REPRESENTATIONA AND WARRANTIES.** Each signatory to this Agreement represents and warrants that he is legally competent to execute the Agreement and has the legal authority necessary to execute this Agreement on behalf of the party for which he is signing. Each Party further warrants that no other person or entity has claimed or now claims an interest in the subject matter of this Agreement, and that it has the sole right and exclusive authority to execute this Agreement and to receive consideration hereunder.

6. **UNDERSTANDING THE TERMS.** LOGEL and THOMPSON represent to each other that they each have read and understand the provisions herein, and that they each have entered into this Agreement voluntarily.

7. **AMENDMENT.** This Agreement shall be binding upon LOGEL and THOMPSON and may not be abandoned, supplemented, changed or modified in any manner, orally or otherwise, except by an instrument in writing of concurrent or subsequent date signed by a duly authorized representative of the parties hereto. This Agreement shall inure to the successors, affiliates, and permitted assigns.

8. **GOVERNING LAW.** This Agreement and all amendments hereto shall be governed by and construed in accordance with the laws of the State of Rhode Island.

9. **NOTICES.** All notices hereunder shall be sent to the parties at their respective addresses set forth below, by hand, by certified or registered mail, return receipt requested, or by first class mail, postage prepaid, and shall be deemed received upon the earlier of actual receipt or two days after mailing.

If to THOMSPON: John E. Thompson
418 Love Lane
East Greenwich, RI 02818

If to LOGEL: Robert C. Logel
6542 Plum Creek Rd.
Ellicottville, N.Y. 14731

IN WITNESS WHEREOF, LOGEL and THOMPSON have caused this Agreement to be executed in duplicate originals by personal signature or the signature of their duly authorized representative.

| JOHN E. THOMPSON | ROBERT C. LOGEL |
|---|---|
| ____________________ | Robert C Logel |
| Signature | Signature |
| ____________________ | Nov. 21, 2005 |
| Date Signed | Date Signed |
| John E. Thompson | Robert C. Logel |
| Printed Name | Printed Name |