**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN THOMPSON<br>Plaintiff | : | |
| v. | : | No. C.A. 08 35T |
| ROBERT C. LOGEL<br>Defendant | : | |

**AFFIDAVIT OF SERVICE**

I, R. Daniel Prentiss, Esquire of R. Daniel Prentiss, P.C., attorney for the Plaintiff in the above-captioned matter, being first duly sworn on oath deposes and says as follows:

1. I caused to be mailed a copy of the Summons and Complaint of this above-entitled matter to the Defendant, via certified mail, return receipt requested, on January 25, 2008, to:

Robert C. Logel
6542 Plum Creek Road
Ellicottville, NY 14731

2. The original returned receipt of delivery is attached hereto as Exhibit A showing receipt of the Summons and Complaint by Defendant on January 28, 2008.

**John Thompson**

By his attorneys

/s/ R. Daniel Prentiss

R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181
dan@prentisslaw.com

## CERTIFICATION

I hereby certify that on this 30th day of January, 2008, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

/s/ R. Daniel Prentiss

82/2423

# Exhibit A

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert C. Logel
6542 Plum Creek Road
Ellicottville, NY
14731

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) [signature] C. Date of Delivery

ELLICOTTVILLE NY 14731 JAN 28 2008 USPS

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7007 0220 0001 2892 0000

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540