**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN THOMPSON | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. C.A. 08 35T |
| | : | |
| ROBERT C. LOGEL | : | |
| Defendant | : | |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

The plaintiff moves for the entry of default judgment against the defendant, in the amount $152,867.30, plus post-judgment interest as provided by law, for the reasons stated in the accompanying memorandum, and based on the accompanying affidavit of John Thompson.

**John Thompson**

By his attorneys

/s/ R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181
dan@prentisslaw.com

**CERTIFICATION**

I hereby certify that on this 24th day of July, 2008, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record, and was sent by first class mail, postage prepaid, and by certified mail, return receipt requested, to

Robert C. Logel
6542 Plum Creek Road
Ellicottville, NY 14731

. /s/ R. Daniel Prentiss