**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN THOMPSON | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. C.A. 08 35T |
| | : | |
| ROBERT C. LOGEL | : | |
| Defendant | : | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

The plaintiff moves pursuant to Rule 55 of the Federal Rules of Civil Procedure for the entry of default judgment against the defendant. In support of that motion, the plaintiff avers as follows:

The complaint in this action was filed January 25, 2008. A summons and copy of the complaint were served on the defendant by certified mail, return receipt requested, on January 28, 2008, as shown by affidavit of service filed January 30, 2008. The defendant failed to answer, and default was entered on April 18, 2008. The accompanying affidavit of John Thompson shows that the amount owing to plaintiff by defendant is $152,867.30.

Wherefore, the plaintiff prays that this Court enter judgment in favor of plaintiff, and against the defendant, in the amount $152,867.30, plus costs, plus post-judgment interest as provided by law.

**John Thompson**
By his attorneys

/s/ R. Daniel Prentiss

R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181
dan@prentisslaw.com

## CERTIFICATION

I hereby certify that on this 24th day of July, 2008, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record, and was sent by first class mail, postage prepaid, and by certified mail, return receipt requested, to

Robert C. Logel
6542 Plum Creek Road
Ellicottville, NY 14731

. /s/ R. Daniel Prentiss