**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOHN THOMPSON<br>Plaintiff | : | |
| v. | : | No. C.A. 08 35T |
| ROBERT C. LOGEL<br>Defendant | : | |

**AFFIDAVIT OF JOHN THOMPSON PURSUANT TO 28 U.S.C. §1746**

John Thompson, on oath, makes affidavit and states as follows:

1. I am John Thompson. I reside at 418 Love Lane, East Greenwich, Rhode Island. I give this affidavit on personal knowledge.

2. On November 21, 2005, I loaned the defendant Robert Logel the sum $150,000. In return, Mr. Logel executed the Promissory Note that is appended hereto as Exhibit A.

3. Also on November 21, 2005, I entered into a Consultation Agreement with Mr. Logel, that is appended hereto as Exhibit B.

4. I fully performed all consulting services that were required of me pursuant to the Consultation Agreement.

5. The Promissory Note called for payment of the principal balance, plus interest at the rate five percent per annum, on or before December 15, 2005. The default interest rate under the Promissory Note is nine percent per annum.

6. The Consultation Agreement required Mr. Logel to pay me $15,000 on December 15, 2005.

7. Mr. Logel defaulted on both the Promissory Note and the Consultation Agreement.

8. Mr. Logel has made the following payments to me in partial repayment of the Promissory Note:

| | |
|---|---|
| April 19, 2006 | $25,000 |
| May 9, 2006 | 1,000 |
| August 14, 2007 | 5,000 |
| August 28, 2007 | 20,000 |

9. The amount due under the Promissory Note as of June 30, 2008, including accrued interest at nine percent per annum, and after crediting all payments, is $130,398.65.

10. The amount due under the Consultation Agreement as of June 30, 2008, including interest at the statutory rate for prejudgment interest of 12 percent per annum, is $17,815.00.

11. I have incurred and paid total fees for returned checks issued to me by Mr. Logel of $44.00.

12. I have incurred fees and expenses in seeking to collect payment under the Promissory Note as follows:

| | |
|---|---|
| Investigation of Logel assets | $350.00 |
| Legal fees and expenses of collection: | $2,759.65 |

13. I estimate that the additional legal fees through the submission of a motion for entry of judgment will be $1,500.

14. The total amount due me from Robert Logel under the Promissory Note and the Consultation Agreement is $152,867.30, as of June 30, 2008. This includes my estimate of $1,500 in additional legal fees.

I declare under penalty of perjury under the laws of the United States or America that the foregoing is true and correct.
Executed on 6-24, 2008.

John Thompson