**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JOHN THOMPSON :
Plaintiff :
:
v. : No. C.A. 08 35T
:
ROBERT C. LOGEL :
Defendant :

**CERTIFICATION**

I hereby certify as follows:

1. Notice of the within motion for entry of default judgment, memorandum in support of the motion for entry of default judgment, and affidavit of John Thompson, were sent by regular mail, postage pre-paid, and certified mail, return receipt requested, to the defendant at the following address:

Robert C. Logel
6542 Plum Creek Road
Ellicottville, NY 14731

2. To the best of my knowledge, the foregoing address is the last known address of the defendant.

3. The defendant is not now in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

4. A copy of the return receipt is appended to this certification.

/s/ R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181
dan@prentisslaw.com

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert C. Sogeh
6542 Plum Creek Road
Ellicottville, NY 14731

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Rob Sogeh ☐ Agent ☐ Addressee

B. Received by (Printed Name) R Sogel

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PO BOX 1301

ELLICOTTVILLE NY 14731 2008 USPS

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7007 0220 0004 6394 6925

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

ROCHESTER NY 144

JUL 2008 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

R. Daniel Prentiss, P.C.
One Turks Head Place
Suite 380
Providence, RI 02903