# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JOHN THOMPSON,
Plaintiff

     vs.                                                   C.A. No. 08-35T

ROBERT C. LOGEL,
Defendants

## JUDGMENT

[  ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

     Pursuant to Clerk's Entry of Default on April 18, 2008 and The Order GRANTING Entry of Default Judgment entered by the Court on November 18, 2008, judgment hereby enters for the Plaintiff John Thompson against the Defendant Robert Logel in the amount of $152,867.30 plus post-judgment interest as provided by law.

                                                                      Enter:

                                                                        /s/ Ryan H. Jackson

                                                                        Deputy Clerk

Dated: November 18, 2008